### IN RE DAVID W.

*William R. Kinloch*, in support of the petition.

*Benjamin Zivyon*, assistant attorney general, in opposition.

Decided May 25, 1999

### JOHN DOE *v.* DEPARTMENT OF PUBLIC HEALTH ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 52 Conn. App. 513 (AC 17520), is denied.

*Louis B. Blumenfeld*, in support of the petition.

*Hugh Barber* and *Paul J. Lahey*, assistant attorneys general, in opposition.

Decided May 25, 1999

### IN RE DAVID W.

The respondent mother's petition for certification for appeal from the Appellate Court, 52 Conn. App. 576 (AC 17564), is denied.